636

371 A.2d 1311

Pittsburgh Home Savings and Loan Association
v. Kreimer et ux., Appellants.

Argued November 8, 1976.   Seymour H. Braun, submitted a brief for appellants;   Philip X. Ley, with him McCloskey, Best & Leslie, for appellee.

Judgment affirmed.

371 A.2d 1312

Pride Engineering Associates, Inc. v.
Harborcreek Township, Appellant.

Argued November 8, 1976.   Eugene J. Brew, Jr., with him Dale and Brew, for appellant;   Peter G. Schaaf, with him William R. Brown, for appellee.

Judgment affirmed.